| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Davis, Mark S. | 2. Court or Organization<br><br>U.S. District Court, E.D. Va. | 3. Date of Report<br><br>05/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>United States District Court<br>Walter E. Hoffman United States Courthouse<br>600 Granby Street, Suite 329<br>Norfolk, VA 23510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Visitor | Regent University School of Law Board of Visitors, an advisory board to the law school with no policy-making authority |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | Virginia Retirement System (reflects continued assets in VRS from service as Virginia judge from 2003-2008) |
| 2. | |
| 3. | |

2010 MAY 17 A 10: 00 RECEIVED DISCLOSURE OFFICE

Davis, Mark S.

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Nationwide Life Insurance Whole Life Policy | | None | K | T | | | | | |
| 2. Lincoln National Annuity | | | | | | | | | |
| 3. Virginia Retirement System Pension | | | | | | | | | |
| 4. IRA #1 | D | Dividend | M | T | | | | | |
| 5. UBS Pace Money Market Investment Fund Class P | | | | | | | | | |
| 6. American Funds Growth Fund of America Class F | | | | | Sold | 03/23/09 | | | |
| 7. ING International Value Fund Class A | | | | | Sold | 03/23/09 | | | |
| 8. PIMCO Total Return Fund Class A | | | | | | | | | |
| 9. Blackrock U.S. Opportunities A | | | | | Sold | 03/23/09 | | | |
| 10. First Eagle Overseas Fund Class A | | | | | Sold | 03/23/09 | | | |
| 11. Royce Premier Fund | | | | | Sold | 03/23/09 | | | |
| 12. Loomis Sayles Strategic Income Fund Class A | | | | | Sold | 03/23/09 | | | |
| 13. Oppenheimer International Bond Fund Class A | | | | | Sold | 03/23/09 | | | |
| 14. Blackrock Equity Dividend Fund A | | | | | Sold | 03/23/09 | | | |
| 15. Ivy Global Natural Resources Fund Class A | | | | | Sold | 03/23/09 | | | |
| 16. Ivy Asset Strategy Fund Class A | | | | | | | | | |
| 17. Gateway Fund Class A | | | | | Sold | 03/23/09 | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Blackrock Inflation Protected Bond A | | | | | | | | | |
| 19. Delaware Diversified Income Fund Class A | | | | | | | | | |
| 20. FT Templeton Global Bond A | | | | | | | | | |
| 21. FT-Franklin US Gov't Sec A | | | | | | | | | |
| 22. PIMCO Investment Grade Corporate Bond Fund Class A | | | | | | | | | |
| 23. JP Morgan Highbridge Stat Market Neutral Fund A | | | | | | | | | |
| 24. Rydex/SGI Managed Futures Strategy Fund A | | | | | | | | | |
| 25. Blackrock Global Allocation Fund Inc. A | | | | | | | | | |
| 26. Oakmark Equity & Income Fund Class I | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)

| | | | |
|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |

2. Value Codes (See Columns C1 and D3)

| | | | |
|---|---|---|---|
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |

3. Value Method Codes (See Column C2)

| | | |
|---|---|---|
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. INVESTMENTS AND TRUSTS -

*The following mutual funds, listed under IRA #1. were sold during the reporting period and the proceeds were reinvested in the other assets of the IRA: American Funds Growth Fund of America Class F, ING International Value Fund Class A, Blackrock U.S. Opportunities A, First Eagle Overseas Fund Class A, Royce Premier Fund, Loomis Sayles Strategic Income Fund Class A, Oppenheimer International Bond Fund Class A, Blackrock Equity Dividend Fund A, Ivy Global Natural Resources Fund Class A, Gateway Fund Class A. The proceeds from these mutual funds were reinvested in the following assets of the IRA: Blackrock Inflation Protected Bond A, Delaware Diversified Income Fund Class A, FT Templeton Global Bond A, FT-Franklin US Gov't Sec A, PIMCO Investment Grade Corporate Bond Fund Class A, JP Morgan Highbridge Stat Market Neutral Fund A, Rydex Managed Futures Strategy Fund Class A, Blackrock Global Allocation Fund Inc. A, Oakmark Equity & Income Fund Class 1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544